MATT JOHNSON, Jr., APPELLANT, *v.* STATE OF NEVADA, RESPONDENT.

No. 6519

July 13, 1971 486 P.2d 493

*Robert G. Legakes,* Public Defender, and *Steven L. Godwin,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

A jury found Johnson guilty of robbery. NRS 200.380. The single issue on appeal is whether the evidence is sufficient to support the jury verdict.

We have reviewed the record and find the evidence contained therein does support the verdict. The judgment appealed from is affirmed.